■ In the Matter of DONNA MARIE POLLMAN, an Attorney, Respondent. [864 NYS2d 378]—A certified copy of a certificate of conviction having been filed showing that Donna Marie Pollman was convicted of felony driving while intoxicated, she is disbarred and her name is stricken from the roll of attorneys. Present—Lunn, J.P., Fahey, Green and Pine, JJ. (Filed June 19, 2008.)

■ In the Matter of BETH LYNN HOFFMAN, an Attorney, Resignor. [859 NYS2d 875]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Lunn, J.P., Fahey, Green and Pine, JJ. (Filed June 23, 2008.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IAN HAREWOOD, Appellant. [859 NYS2d 891]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH JACKSON, Appellant. [859 NYS2d 891]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.

■ VIVIAN STERN, Doing Business as THE JEWELER, Appellant, v CHARTER OAK FIRE INSURANCE COMPANY, Respondent, et al., Defendants. [859 NYS2d 889]—Motion for renewal denied. Memorandum: If plaintiff is aggrieved by an order of Supreme Court, plaintiff's remedy is an appeal to this Court from that order. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Green, JJ.

■ KENNETH H. PATTEN, Individually and as Executor of PATRICIA PATTEN, Deceased, Appellant, v HAMBURG OB/GYN GROUP, P.C., et al., Respondents. [859 NYS2d 890]—Motion for leave to appeal to the Court of Appeals granted. Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.

**100** In the Matter of LACKAWANNA COMMUNITY DEVELOPMENT CORPORATION, Respondent, v FRANK E. KRAKOWSKI, Assessor, City of Lackawanna, et al., Appellants. [859 NYS2d 891]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Lunn, Fahey, Peradotto and Pine, JJ.

■ LINDA SMALLEY, Respondent, v MATTHEW J. BEMBEN, Appellant. [859 NYS2d 890]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Lunn, Fahey, Peradotto and Pine, JJ.